

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_/s/ Harlin DeWayne Hale_
**United States Bankruptcy Judge**

**Signed September 23, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-70181-HDH-13 |
| | § | |
| MELVIN BRANTLEY WALKER, JR, | § | |
|  Debtor | § | CHAPTER 13 |
| | § | |
| CHASE HOME FINANCE LLC, | § | |
| SUCCESSOR BY MERGER TO CHASE | § | |
| MANHATTAN MORTGAGE | § | |
| CORPORATION ITS ASSIGNS | § | |
| AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
|  Movant | § | HEARING DATE: 09/22/2010 |
| | § | |
| v. | § | TIME: 10:00 AM |
| | § | |
| CORA WALKER, Co-Debtor; | § | |
| and WALTER O'CHESKEY, | § | |
| Trustee | § | |
|  Respondents | § | JUDGE HARLIN D. HALE |

**DEFAULT ORDER LIFTING CO-DEBTOR STAY**

Came on for consideration the unopposed Motion For Relief from the Co-Debtor Stay filed by CHASE HOME FINANCE LLC, SUCCESSOR BY MERGER TO CHASE MANHATTAN MORTGAGE CORPORATION ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, (hereinafter "MOVANT"), a secured creditor in the above entitled and numbered case.  Movant's attorney represented that, after proper notice and timely service of the Motion, no answer has been filed by the Co-Debtor.  Therefore, it is

ORDERED that the stay of 11 U.S.C. §1301 is lifted for the purpose of allowing Movant to exercise its rights with respect to the following described property:

LOT NO. NINE (9), BLOCK NO. FOUR (4), HENDERSON SUBDIVISION, SECTION TWO (2), AN ADDITION TO THE CITY OF BURKBURNETT, WICHITA COUNTY, TEXAS, ACCORDING TO THE PLAT RECORDED IN VOLUME 22, PAGE 1-2, WICHITA COUNTY PLAT RECORDS.

# # # END OF ORDER # # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ KADRA ALEXANDER
KADRA ALEXANDER
TX NO. 24040405
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  NDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT